UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGE LEE | * | CIVIL ACTION NO. 22-3641 |
| | * | |
| VERSUS | * | SECTION: "A"(5) |
| | * | |
| GEO VERA SPECIALTY INSURANCE CO. | * | JUDGE JAY C. ZAINEY |
| | * | |
| | * | MAGISTRATE MICHAEL B. NORTH |
| | * | |
| | * | |

## ORDER AND REASONS

The following motion is before the Court: **Motion to Preclude Claim by McClenny, Moseley & Associates for Attorneys' Fees or Litigation Expenses (Rec. Doc. 20)** filed by Plaintiff, George Lee. No opposition has been filed. The motion, submitted for consideration on October 25, 2023, is before the Court on the briefs without oral argument. For the reasons that follow, the motion is **GRANTED**.

On October 28, 2020, George Lee's home was damaged by Hurricane Zeta. (Rec. Doc. 20-1, at 1). He made a claim with his insurance company, Geo Vera Specialty Insurance Co., which provided insurance payments. (*Id.*). Believing that these insurance payments were insufficient, Lee hired McClenny, Moseley and Associates ("MMA") to represent him and filed this lawsuit. (*Id.*). Sometime after this suit's inception, MMA was found to have committed various unethical practices, resulting in the suspension or resignation of the firm's Louisiana-licensed attorneys. (*Id.* at 2). MMA's attorneys withdrew from this suit on March 28, 2023 (Rec. Doc. 11) and May 23, 2023 (Rec. Doc. 15).

While the suit was stayed for the Court's investigation into MMA, Lee's current counsel enrolled, at which time the Court ordered that MMA provide notice of any lien for attorneys'

1

fees in this case by June 26, 2023. (Rec. Doc. 17). The deadline passed without any such notice. (Rec. Doc. 20-1, at 3). On July 20, 2023, MMA sent a letter to Lee's counsel with an accounting of the amounts due under their fee agreement. (*Id.*). Lee now brings this suit seeking a declaration that MMA is not entitled to its expenses. (*Id.*).

After this motion was filed, movant's counsel informed the Court that MMA would not be making a claim for fees or expenses in this matter, attaching an e-mail from MMA's counsel as verification. Because MMA failed to timely notify Lee's counsel of a lien for attorneys' fees against Lee's recovery, and because MMA has elected not to seek attorneys' fees or expenses in this matter, the requested relief is granted.

Accordingly;

**IT IS ORDERED** that the **Motion to Preclude Claim by McClenny, Moseley and Associates for Attorneys' Fees or Litigation Expenses (Rec. Doc. 20)** filed by Plaintiff, George Lee, is **GRANTED** for the reasons described above.

October 27, 2023

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE